## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRED TEICHMAN, M.D. AND CENTRAL PENN WOMEN'S HEALTH, | : | No. 404 MAL 2020 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| EVANGELICAL COMMUNITY HOSPITAL, MICHAEL N. O'KEEFE, LAWRENCE GINSBURG, M.D., CHRISTOPHER OLSON, D.O., CHRISTOPHER MOTTO, M.D., AND MARIA E. FULLANA-JORNET, M.D., | : | |
| | : | |
| Respondents | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.